UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| FELIX MEDINA<br>    Plaintiff,<br><br>v.<br><br>LVNV FUNDING, LLC d.b.a RESURGENT CAPITAL SERVICES, L.P.<br>    Defendant. | ) JURY TRIAL DEMANDED<br>)<br>)<br>) Case No.<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT

### I.   INTRODUCTION

1. This is an action for actual and statutory damages brought by Plaintiff Felix Medina, an individual consumer, against Defendant LVNV Funding, LLC d.b.a Resurgent Capital Services, L.P, for violations of the Fair Debt Collection Practices Act, 15 U.S.C § 1692 *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

### II.   JURISDICTION AND VENUE

2. Jurisdiction of this court arises under 15 U.S.C § 1692k(d) 28 U.S.C 1331. Venue in this District is proper in that the Defendant transacts business in Davenport, Florida and the conduct complained of occurred in Davenport, Florida.

### III.   PARTIES

3. Plaintiff Felix Medina (hereinafter "Plaintiff") is a natural person residing in Davenport, Florida. Plaintiff is a consumer as defined by the Fair Debt Collection Practices Act, 15 U.S.C. §1692a(3).

4. Plaintiff is alleged to owe a "debt" as defined by the FDCPA, 15 U.S.C 1692a(5) and the alleged debt at issue arose from a transaction entered into primarily for personal use.

5. Upon information and belief, LVNV Funding, LLC d.b.a Resurgent Capital Services, L.P, is a South Carolina corporation.

6. Defendant is engaged in the collection of debt from consumers using the mail and telephone. Defendant regularly attempts to collect consumers' debts alleged to be due to another.

## IV. FACTS OF THE COMPLAINT

7. Defendant LVNV Funding, LLC d.b.a Resurgent Capital Services, L.P, (hereinafter referred to as "Debt Collector") is a "debt collector" as defined by the FDCPA, 15 U.S.C 1692a(6).

8. On or about November 20, 2023, Plaintiff mailed a dispute letter via USPS certified mail to Debt Collector disputing an alleged debt owed to Credit One Bank, N.A in the amount of $1,270.23.

9. Tracking # 9407111899562603667024.

10. Pursuant to Plaintiff's rights under the FDCPA and Regulation F, the letter stated that only communication by email was convenient and included Plaintiff's email address.

11. Despite these clear instructions, and in an attempt to intimidate, harass, and oppress Plaintiff, on or about December 8, 2023, Plaintiff received a letter from Debt Collector in response to Plaintiff's dispute letter which constitutes a communication about the debt and an attempt to collect the debt.

12. This was sent to confuse, harass, and deceive Plaintiff.

13. Plaintiff has suffered actual damages as a result of these illegal collection tactics by this Defendant in the form of invasion of privacy, personal embarrassment, loss of productivity, emotional distress, frustration, anger, humiliation and other negative emotions.

14. LVNV Funding, LLC d.b.a Resurgent Capital Services, L.P, violated 15 U.S. Code 1692c(a)(1) by communicating with the Plaintiff at a place they knew was no longer convenient.

## V.   FIRST CLAIM FOR RELIEF
**(LVNV Funding, LLC d.b.a Resurgent Capital Services, L.P.,)**
**15 U.S.C. §1692c(a)(1) and Regulation F § 1006.14(h)(1)**

15. Plaintiff re-alleges and reincorporates all previous paragraphs as if fully set out herein.

16. Debt Collector violated the FDCPA.

17. Debt Collector's violations include, but are not limited to, the following: Debt Collector violated 15 U.S.C § 1692c(a)(1) and Regulation F § 1006.14(h)(1) by communicating with Plaintiff at a place Defendant knew or should have known was no longer convenient.

18. As a result of the above violations of the FDCPA, Defendant is liable to Plaintiff for actual damages, statutory damages and costs.

### VI.    JURY DEMAND AND PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully demands a jury trial and requests that judgment be entered in favor of Plaintiff and against Debt Collector for:

A. Judgment for the violations occurred for violating the FDCPA;

B. Actual damages pursuant to 15 U.S.C 1692k(1)(2);

C. Statutory damages pursuant to 15 U.S.C 1692k(2);

D. Costs and reasonable attorney's fees pursuant to 15 U.S.C 1692k(3);

E. For such other and further relief as the Court may deem just and proper.

Respectfully submitted:

**The Law Office of Cortney E. Walters, PLLC**
2719 Hollywood Blvd., A-1969
Hollywood, FL 33020
/s/ Cortney Walters, Esq.
CORTNEY WALTERS, Esq
Florida Bar No. 125159
Pleadings@cewlawoffice.com
(954) 874-8022
Lead Attorney