UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| FELIX MEDINA<br>    Plaintiff,<br><br>v.<br>LVNV FUNDING, LLC d.b.a RESURGENT CAPITAL SERVICES, L.P.<br>    Defendant, | Case No. 8:24-cv-00013 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, by and through their undersigned counsel pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby submit this Joint Stipulation of Dismissal with Prejudice in the above-styled action and stipulate to the dismissal of all claims and causes of action which were or could have been asserted in this matter with prejudice. Plaintiff and Defendant shall bear their own attorney's fees and costs.

Dated: June 18, 2024

| | |
|---|---|
| /s/Cortney Walters<br>Cortney E. Walters, Esquire<br>Florida Bar No. 125159<br>pleadings@cewlawoffice.com<br>The Law Office of Cortney E. Walters, PLLC<br>2719 Hollywood Blvd., Suite A-1969 | **MESSER STRICKLER BURNETTE, LTD.**<br><br>By: */s/ John M. Marees II*<br>LAUREN M. BURNETTE, ESQUIRE<br>FL Bar No. 0120079<br>JOHN M. MAREES II, ESQUIRE |

Hollywood, FL 33020  
Telephone: (954) 874-8022  
*Attorneys for Plaintiff*

FL Bar No. 069879  
12276 San Jose Blvd.  
Suite 718  
Jacksonville, FL 32223  
(904) 527-1172  
(904) 683-7353 (fax)  
lburnette@messerstrickler.com  
jmarees@messerstrickler.com  
*Counsel for Defendants*